IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ALVIN GERARD DAVIS | ) |
| | ) |
| | ) |
| | ) |
| OPTION ONE MORTGAGE / WELLS FARGO BANK, N.A., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 06B71015 |
| | ) JUDGE MANUEL BARBOSA |
| ALVIN GERARD DAVIS, | ) |
|     Debtor | ) |
| | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Option One Mortgage / Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the February 1, 2008 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of January 15, 2008.

   a. Attorney's Fees            $250.00

   b. Escrow                  $2,186.45

   c. Late Charges              $32.25

   d. Property Inspections      $28.80

   e. BPO                      $85.00

   f. Claim Amount            $394.07

   Total                     $2,976.57

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Option One Mortgage / Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
    Option One Mortgage / Wells Fargo Bank, N.A.

    /s/Christopher M. Brown
    Christopher M. Brown
    ARDC#6271138

    Pierce and Associates, P.C.
    1 North Dearborn Street, Ste. 1300
    Chicago, Illinois 60602
    (312)346-9088